IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII, | ) | CIVIL NO. 08-00481 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE GARY PEABODY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION
(Doc. No. 6)

Findings and Recommendation having been filed and served on all parties on March 13, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Case without Prejudice," Doc. No. 6, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 14, 2009, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge